IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 08-4711 |
| **HOME CARE HOSPICE, INC.,** <br> **ALEX PUGMAN, MATVEI KOLODESH,** <br> **MALVINA YAKOBASHVILI AND** <br> **SVETLANA GANETSKY** | : | |
| **Defendants.** | : | |

**JOINT STIPULATION THAT DEFENDANTS KOLODESH AND YAKOBASHVILI'S PENDING MOTIONS (DKT. NOS. 75-77) ARE MOOT**

1. In 2008, the Court restrained defendants' financial accounts pursuant to the Anti-Fraud Injunction Statute, 18 U.S.C. § 1345.

2. In 2017, the United States resolved its civil claims against the individual defendants Matthew Kolodesh and Malvina Yakobashvili by reaching a civil settlement agreement in a related *qui tam* action, <u>United States ex rel. Fox and Gonzalez v. HCH, et al.</u>, 06cv4679 (E.D. Pa.) (Pratter, J.) (the *qui tam* action). Under the terms of the civil settlement in the *qui tam* action, the defendants Kolodesh and Yakobashvili agreed to release and transfer to the United States all assets restrained by this Court in this action – whether held or controlled by them as individuals or through entities that they individually or jointly controlled.

3. On June 30, 2021, defendants Kolodesh and Yakobashvili filed a pleading entitled a Motion to Enforce the Settlement Agreement (Dkt. No. 75). Subsequently, on July 21, 20201, defendants Kolodesh and Yakobashvili filed a motion to stay the performance of the settlement agreement (i.e., a payment required under that agreement) (*see* Dkt. No. 76) and a motion to

1

expedite the motion for a stay (*see* Dkt. No. 77) (collectively, the "Pending Motions"). The Pending Motion are identical to motions filed in the *qui tam* action before Judge Pratter. *See* United States ex rel. Fox and Gonzalez v. HCH, et al., 06cv4679 (E.D. Pa.) Dkt. Nos. 135, 140 and 141.

4. In the *qui tam* action, Judge Pratter referred the above motions to Magistrate Judge Rice. On July 21, 2021, Magistrate Judge Rice issued an order denying all three of defendants Kolodesh and Yakobashvili's motions. *See id.* Dkt. No. 142.

5. The parties agree that Magistrate Judge Rice's July 21, 2021 Order renders the Pending Motions in this action – Docket Nos. 75, 76 and 77 – moot. Accordingly, the Pending Motions may be denied as moot.

Dated: August 31, 2021                Respectfully submitted,

 /s/ Jack J. McMahon, Jr.                                  /s/ Eric D. Gill
JACK J. MCMAHON, JR., ESQ.         ERIC D. GILL
Law Office of Jack McMahon          GERALD B. SULLIVAN
1500 Walnut Street, Suite 1100         Assistant United States Attorneys
Philadelphia, PA 19102                    615 Chestnut Street, Ste. 1250
mcmahonlaw@hotmail.com             Philadelphia, PA 19106

*Attorneys for Defendants*                   *Attorneys for the United States of America*
*Matthew Kolodesh & Malvina Yakobashvili*

**SO ORDERED:**

_____
Dated:                                           **TIMOTHY J. SAVAGE, J.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the above Joint Stipulation to be served via first class mail, postage prepaid, upon:

> Steven F. Marino, Esq.
> Marino Associates
> 301 Wharton Street
> Philadelphia, PA 19147
> *Attorneys for non-party Relators Maureen Fox and Cathy Gonzalez*

To be served via ECF and email upon:

> Jack J. McMahon, Jr., Esq.
> Law Office of Jack McMahon
> 1500 Walnut Street, Suite 1100
> Philadelphia, PA  19102
> mcmahonlaw@hotmail.com
> *Attorneys for Defendants Matthew Kolodesh & Malvina Yakobashvili*

> Inez M. Markovich, Esq.
> Spruce Law Group
> 1622 Spruce Street
> Philadelphia, PA 19103
> im@sprucelaw.com
> *Attorneys for Defendants Alex Pugman and Svetlana Ganetsky*

Dated:  August 31, 2021          */s/ Eric D. Gill*
                                 ERIC D. GILL
                                 Assistant United States Attorney